IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHADY PARK HOMEOWNERS' ASSOCIATION, INC., | § § § § | No. 111, 2023 |
| Appellant-Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No.: S21A-11-001 |
| SHADY PARK MHC, LLC, | § § | |
| Appellee-Below, Appellee. | § § | |

Submitted: October 18, 2023
Decided: October 31, 2023

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## **ORDER**

This 31st day of October, 2023, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the October 6, 2021 Arbitration Decision should be affirmed on the basis of and for the reasons stated in the Superior Court's March 3, 2023 Memorandum Opinion.[1]

NOW, THEREFORE, IT IS ORDERED that the October 6, 2021 Arbitration Decision be AFFIRMED.

BY THE COURT:
*/s/ Gary F. Traynor*
Justice

---

[1] *Shady Park Homeowners' Ass'n, Inc. v. Shady Park MHC, LLC*, 2023 WL 2366643 (Del. Super. Mar. 3, 2023).